FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

2014 DEC -4 PM 1: 36

_Jacksonville_ Division

MIDDLE D. ......... OF FLORIDA
JACKSONVILLE, FLORIDA

**CIVIL RIGHTS COMPLAINT FORM**

Theodore Michael Freeman    CASE NUMBER: 3:14-CV-1464-J-34JRK
                                          (To be supplied by Clerk's Office)
J-41966

_____
(Enter full name of each Plaintiff and
prison number, if applicable)

v.

John H. Rutherford, Sheriff Duval County, Florida,
ET, AL., Deputies: Sherry B. Torres #7833, James
M. Paris #7880, William L. Campbell #6247, Ramond A.
Goeth #7546, William O. Janes #7917, Kelly W. Burroughs #5878
(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).
_____/

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. **PLACE OF PRESENT CONFINEMENT:** Union Correctional Inst.
   (Indicate the name and location)
   7819 N.W. 228th St., Raiford, Florida 32026

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES:** Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. **PREVIOUS LAWSUITS:** NONE

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes (✓) No ( )

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

1. Parties to previous lawsuit: John H. Rutherford et. al., Deputies

   Plaintiff(s): Theodore M. Freeman

   Defendant(s): John H. Rutherford, et. al., Deputies

2. Court (if federal court, name the district; if state court, name the county): Fourth Judicial Civil Circuit Jax. Fla 32202

3. Docket Number: Court refuse to answer or address

4. Name of judge: None

5. Briefly describe the facts and basis of the lawsuit: I filed a notice of intent to sue: State, Jax. Sheriffs Office Jax. Fla., General Council Jax. Fla.

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Never heard from any of the three parties.

7. Approximate filing date: December 27, 2012 (to Clerk)

8. Approximate disposition date: None - No Response

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: NEVER heard FROM - 4TH Judicial civil Circuit JAX. FLA. - NONE

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Theodore Michael Freeman

Mailing address: UNION CORRECTIONAL INSTITUTION, 7819 N.W. 228th ST., RAIFORD, FLORIDA 32026

B. Additional Plaintiffs: NONE

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: John H. Rutherford, Sheriff Duval County FLA

Mailing Address: 501 EAST BAY STREET, JACKSONVILLE, FLORIDA 32202

Position: Sheriff

Employed at: JACKSONVILLE Sheriff's OFFICE

D. Defendant: Sherry B. Torres #7833

Mailing Address: 501 EAST JACKSONVILLE, FLORIDA 32202

DC 225 (Rev 2/2012)            3

Position: DEPUTIE

Employed at: JACKSONVILLE SHERIFF'S OFFICE

E. Defendant: JAMES M. PARIS #7880

Mailing Address: 501 EAST BAY STREET, JACKSONVILLE, FLORIDA 32202

Position: DEPUTIE

Employed at: JACKSONVILLE SHERIFF'S OFFICE

F. Defendant: WILLIAM O. JANES #7917

Mailing Address: 501 EAST BAY STREET, JACKSONVILLE, FLORIDA 32202

Position: DEPUTIE

Employed at: JACKSONVILLE SHERIFF'S OFFICE

G. Defendant: KELLY W. BURROUGHS #5878

Mailing Address: 501 EAST BAY STREET, JACKSONVILLE, FLORIDA

Position: DEPUTIE

Employed at: J

H. RAMON A. GOETHE #7546  J.S.O. Address (SAME)
   DEPUTIE

I. WILLIAM L. CAMPBELL #6247  J.S.O. Address (SAME)
   DEPUTIE

V. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

FALSE ARREST: FABRICATED POLICE REPORT, AN OTHER DOCUMENTS, UNREASONABLE SEARCH, AND SEIZURE: ON PRIVATE PROPERTY TO ARREST A SUSPECT AT HIS RESIDENT WITH FORCE WARRANTLESS VIOLATING THE 4TH, 5TH, 14TH AMENDMENT OF THE U.S.A. CONST. PERJURY: IN OFFICIAL PROCEEDINGS - INCONSISTANT, AND CONTRADICTORY STATEMENTS, OTHERS: MARANDA 5TH, ILLEGAL INVESTIGATION 4TH AMEND VIOLATION.

VI. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

ON MAY 9, 2009 JACKSONVILLE SHERIFF'S DEPUTIES WERE DOING A STING OPERATION TO CATCH DRUG DEALERS IN JACKSONVILLE, FLA. COUNTY OF DUVAL, THESE OFFICERS WERE TRING TO BUY DRUGS ALL AROUND JACKSONVILLE, A TEAM OF ABOUT 8-11 OFFICERS: (1) SHERRY B. TORRES, AND JAMES M. PARIS WERE BUING DRUGS ON THE STREETS WITH J.S.O. MONEY. THESE 2-OFFICERS NEVER GAVE PLAINTIFF

ANY MONEY FOR DRUGS (COCAINE) TO PLAINTIFF FOR COCAINE, NOR DID PLAINTIFF DELIVER OR SELL OFFICERS COCAINE ON MAY 9, 2009 JAX. FLA. COUNTY OF DUVAL OFFICER FABRICATED DOCUMENTS (INFORMATION).

(2) WILLIAM O. JANES - PERJURY IN OFFICIAL PROCEEDINGS CONTRADICTORY, INCOSISTANT, AND FALSE STATEMENTS, AND FABRICATED POLICE REPORT AND OTHER VIOLATIONS OF RIGHTS. (3) KELLY W. BURROUGHT - FOUND BUY MONE, PERJURY, CONTRADICTORY, INCOSISTANT, AND FALSE STATEMENTS DURING TRIAL AND IN OFFICIAL PROCEEDINGS. (4) RAMOND A. GOETHE RETAINED PLAINTIFF DURING ARREST, SEARCHED AND TOOK $200.00 OUT OF PLAINTIFF BACK RIGHT POCKET.

(5) WILLIAM L. CAMPBELL - PERJURY IN OFFICIAL PROCEEDINGS AND DURING TRIAL CONTRADICTORY, FALSE, AND INCOSISTANT STATEMENTS. JACKSONVILLE SHERIFF'S OFFICERS/DEPUTIES IS RESONSIBLE FOR FALSE ARREST, FALSE IMPRISONMENT, CONSTITUTIONAL RIGHTS VIOLATIONS - 4th, 5th, 14th AMENDMENT, AND TAMPERED DOCUMENTS DEPRIVING THE PLAINTIFF OF HIS FREEDOM FOR ABOUT 4½ YEARS IN PRISON - DAMAGES COMPINSATION PHYSICAL, MENTAL, PAIN, SUFFERING LACK OF PROPER MEDICAL TREATMENT.

VII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

THE PLAINTIFF IS REQUESTING A CIVIL TRIAL IN THIS FEDERAL

Court And subpena, Command All Defendants to Address And Answer All Claims In this Civil Matter.

The Plaintiff have Plain And Convincing Evidence to Show This Federal Court, To Support All of his Claims.

Plaintiff Demand: $2,000,000.00 overall Compisation,

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __2__ day of __December__, 2014.

*Theodore M. Freeman*

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**
I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the __2__ day of __December__, 20__14__.

DC 225 (Rev 2/2012)            7